ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>            Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-BC5, a foreign corporation; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>            Defendants. | Case No. 2:23-cv-00962-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Tim Radecki and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5 (**BoNYM**) hereby stipulate that BoNYM shall have an additional fourteen (14) days, up to and including

{71176679;1}

**July 12, 2023**, to file its response to the Radecki's complaint, which is currently due on June 28, 2023. The complaint was filed on May 24, 2023, and the case was removed to federal court on June 21, 2023.

Good cause exists to grant the requested extension. Counsel for BoNYM was recently retained and is in trial commencing on June 28, 2023, in Case No.: 2:17-cv-01311-RFB-BNW.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of June, 2023.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5* | */s/ John Henry Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br><br>*Attorney for Tim Radecki* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: June 28, 2023**