ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>Plaintiff<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-BC5, a foreign corporation; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>Defendants | Case No. 2:23-cv-00962-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Tim Radecki and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5 (**BoNYM**) hereby stipulate that BoNYM shall have an additional fourteen (14) days, up to and including **August 22, 2023**, to file its reply in support of its motion to dismiss and expunge the lis pendens,

{72064357;1}

which is currently due on August 8, 2023, pursuant to ECF Nos. 14 and 15. The motion was filed on July 19, 2023, and the response was filed on August 1, 2023.

Good cause exists to grant the requested extension. Counsel for BoNYM recently returned from travel out of the country, and the representative who is assigned to this matter and primarily responsible for review and approval of filings on behalf of BoNYM will be out of the office this week, the week of August 7, 2023.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of August, 2023.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| /s/ Paige L. Magaster | /s/ Philip Gerson |
| ARIEL E. STERN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6182 |
| NATALIE L. WINSLOW, ESQ. | PHILIP GERSON, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 5964 |
| PAIGE L. MAGASTER, ESQ. | 2340 Paseo Del Prado, Suite D-305 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Tim Radecki* |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
2:23-cv-00962-CDS-EJY

**DATED:** August 9, 2023