ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM RADECKI,<br><br>  Plaintiff<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-BC5, a foreign corporation; QUALITY LOAN SERVICE CORPORATION, a foreign corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>  Defendants | Case No. 2:23-cv-00962-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Tim Radecki and The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5 (**BoNYM**) stipulate BoNYM shall have an additional ten (10) days, up to and including **September 1, 2023**, to file its reply in support of its motion to dismiss and expunge the lis pendens, which is currently due

{72219049;1}

on August 22, 2023, pursuant to ECF No. 19. The motion was filed on July 19, 2023, and the response was filed on August 1, 2023.

Good cause exists to grant the requested extension. Counsel for BoNYM recently returned from travel out of the country, and upon her return is attending an ongoing evidentiary hearing in bankruptcy court, *In re: Melani Schulte and William Schulte*, case no. 18-12734-mkn.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of August, 2023.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC5* | */s/ Philip Gerson* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> PHILIP GERSON, ESQ. <br> Nevada Bar No. 5964 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Tim Radecki* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
2:23-cv-00962-CDS-EJY

DATED: ____August 17, 2023____